UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENESSA GARDNER,<br><br>               Plaintiff,<br><br>v.<br><br>RUBY TUESDAY, INC.,<br><br>               Defendant. | Civil Action No. 3:15-cv-001133-VLB |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that the above-captioned action and all claims asserted, or that could have ever been asserted herein be, and hereby are dismissed with prejudice against the Defendant, without costs, fees or expenses to either party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       October 6, 2015

FARUQI & FARUQI, LLP

By: _____
     Adam Gonnelli

369 Lexington Ave., 10th Floor
New York, New York 10017
(212) 983-9330 (telephone)
(212) 983-9331 (facsimile)

*Attorneys for Plaintiff*

HOLLAND & KNIGHT LLP

By: _____
     Loren L. Forrest, Jr.

Nathan A. Adams, IV (*pro hac vice*)
31 West 52nd Street
New York, New York 10019
(212) 513-3200 (telephone)
(212) 385-9010 (facsimile)

*Attorneys for Defendant*

SO ORDERED:

_____
VANESSA L. BRYANT, U.S.D.J.